IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

FILED
NOV 3 0 2005

| | |
|---|---|
| OHIO VALLEY ENVIRONMENTAL COALITION, COAL RIVER MOUNTAIN WATCH, and WEST VIRGINIA HIGHLANDS CONSERVANCY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; LIEUTENANT GENERAL CARL A. STROCK, Commander and Chief of Engineers, U.S. Army Corps of Engineers; COLONEL WILLIAM E. BULEN, District Engineer, U.S. Army Corps of Engineers, Huntington District;<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:05-0784<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF SERVICE

I, Emily Robinson, hereby certify that on November 8, 2005, I served a summons and a copy of Ohio Valley Environmental Coalition, Coal River Mountain Watch, and West Virginia Highlands Conservancy's amended complaint by certified first class mail to the following people:

Earl Stockdale
Office of Chief Counsel
Army Corps of Engineers
441 G St., NW
Washington, DC 20314-1000
(Exhibit A)

Lieutenant General Carl A. Strock
Commander and Chief of Engineers
U.S. Army Corps of Engineers
441 G St., NW
Washington, DC 20314-1000
(Exhibit B)

1

Colonel William E. Bulen
District Engineer
U.S. Army Corps of Engineers, Huntington District
502 8th Street
Huntington, WV 25701-2070
(Exhibit C)

Alberto R. Gonzales
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
(Exhibit D)

Charles T. Miller
United States Attorney
West Virginia Southern District
Post Office Box 1239,
Huntington, WV 25714
(Exhibit E)

Return receipts from the aforementioned people are attached as Exhibits A-E. I declare under penalty of perjury that the foregoing is true and correct. Executed on November 29, 2005.

Emily Robinson
Litigation Assistant
Earthjustice
1625 Massachusetts Ave., NW
Suite 702
Washington, DC 20036
(202) 667-4500

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>EARL STOCKDALE<br>OFFICE OF CHIEF COUNSEL<br>ARMY CORPS OF ENGINEERS<br>441 G ST., NW<br>WASHINGTON, DC 20314-1000 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |

2. Article Number
(Transfer from service label)

Domestic Return Receipt      2ACPRI-03-F-1838

PS Form 3811, August 2001

# Exhibit A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) \| C. Date of Delivery |
| 1. Article Addressed to:<br><br>LT. GEN. CARL A. STROCK<br>COMM. & CHIEF OF ENGINEERS<br>U.S. ARMY CORPS OF ENGINEERS<br>441 G ST., NW<br>WASHINGTON, DC 20314-1000 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |

2. Article Number
(Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    2ACPRI-03-F-1833

# Exhibit B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery 11/9/05 |
| 1. Article Addressed to:<br><br>COL. WILLIAM E. BULEN<br>DISTRICT ENGINEER<br>U.S. ARMY CORPS, HUNTINGTON<br>502 8TH ST.<br>HUNTINGTON, WV 25701-2070 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | |
| PS Form 3811, August 2001  Domestic Return Receipt  102595-02-M-1540 | |

# Exhibit C

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>ALBERTO GONZALES<br>ATTORNEY GENERAL<br>U.S. DOJ<br>950 PENN. AVE., NW<br>WASHINGTON, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | | |
| PS Form 3811, August 2001 | Domestic Return Receipt | 2ACPRI-03-F-1638 |

# Exhibit D

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CHARLES T. MILLER
U.S. ATTORNEY
WV SOUTHERN DISTRICT
P.O. BOX 1239
HUNTINGTON, WV 25714

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _LuAnne [signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    2ACPRI-03-F-1838

# Exhibit E