AO 187 (Rev. 07/87) | USDC/CRT-002 (01/06) | LR Civ P 79.1 Exhibit List and Custody Acknowledgement - Civil

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT HUNTINGTON

**FILED**
FEB - 1 2007
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

OVEC, et al.

V.

U.S. ARMY CORP., et al.

**EXHIBIT LIST - CIVIL**

CIVIL ACTION 3:05-0784

| PRESIDING JUDGE OR MAGISTRATE JUDGE: Honorable Robert C. Chambers | PLAINTIFF ATTORNEY(S): Joe Lovett, et al. | DEFENDANT ATTORNEY(S): Cynthia Morris, et al. |
|---|---|---|
| PROCEEDING DATE(S): 02/01/07 | COURT REPORTER: Teresa Ruffner | COURTROOM DEPUTY: |

| PLFT. NO. | DEFT. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION | LOCATION |
|---|---|---|---|---|---|---|
| | | 02/01/07 | ✓ | ✓ | map | Clerk |
| | | | | | | Select: |
| | | | | | | Select: |
| | | | | | | Select: |
| | | | | | | Select: |
| | | | | | | Select: |
| | | | | | | Select: |
| | | | | | | Select: |

PAGE 1 OF 1 PAGES





DEFENDANT'S EXHIBIT
CASE NO. 3:05-0784
EXHIBIT NO. 1 Mingo-Logan