IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

_____

|  |  |  |
|---|---|---|
| OHIO VALLEY ENVIRONMENTAL COALITION, <u>et</u> <u>al.</u>, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action Nos. 3:05-cv-0784 |
| | ) | 3:06-cv-0438 |
| UNITED STATES ARMY CORPS OF ENGINEERS, <u>et</u> <u>al.</u>, | ) ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| ARACOMA COAL COMPANY, <u>et. al.</u>, | ) | |
| | ) | |
| Intervenor-Defendants | ) | |

_____ )

**UNITED STATES' REPLY TO THE MINGO LOGAN COAL COMPANY'S RESPONSE
TO THE UNITED STATES' MOTION TO EXTEND STAY OF PROCEEDINGS
REGARDING SPRUCE NO. 1 PERMIT FOR AN ADDITIONAL THIRTY DAYS**

On October 5, 2009, the United States moved for a brief extension of the stay entered in this case to allow the United States Environmental Protection Agency ("EPA") an opportunity to consider whether to exercise its authority under section 404(c) of Clean Water Act ("CWA") to prevent the discharge of fill material into waters of the United States as authorized by the Spruce No. 1 permit. The Mingo Logan Coal Company ("Mingo Logan") opposes the request, asserting that "the same threat exists in every case involving a § 404 permit." Mingo Logan Response to United States' Motion to Extend Stay of Proceedings (Doc. No. 464) at 4. While it is true that EPA has the authority to exercise its CWA § 404(c) authority in every case, it has very rarely initiated that process. Here, however, EPA expressly stated that it was considering the exercise of that authority and requested a reasonable extension of the stay in order to allow EPA an

opportunity to decide whether to exercise its CWA § 404(c) authority.  United States Motion to

Extend Stay of Proceedings Regarding Mingo Logan Coal Company's Motion for Summary

Judgment (Doc. No. 463) at ¶ 6.

On October 16, 2009, EPA formally initiated the administrative process to exercise its

Section 404(c) authority by notifying the U.S. Army Corps of Engineers ("Corps") that, pursuant

to 40 C.F.R. § 231.3(a), it "intend[s] to issue a public notice of a proposed determination to

restrict or prohibit the discharge of dredged or fill material at the Spruce No. 1 Mine project site

consistent with [EPA's] authority under Section 404(c) of the Clean Water Act . . . ."  October

16, 2009 letter from William C. Early, Acting Regional Administrator, EPA Region 3, to

Colonel Robert D. Peterson, District Engineer, U.S. Army Corps of Engineers, Huntington

District ("EPA Notice Letter"), at 1.  (See attached).  The EPA Notice Letter further stated that

"EPA's regulations on Section 404(c) provide for further coordination between EPA, and the

Corps of Engineers and the applicant," and that "EPA is available to meet with [the Corps] and

[Mingo] during the next 15 days to discuss options for further reducing adverse environmental

impacts associated with the proposed project."  Id., at 2.  Clearly, these circumstances do not

exist in "every case."

Extension of the stay for an additional 30 days, until November 4, 2009, will allow for

the necessary coordination between EPA and the Corps and Mingo Logan to begin.  EPA will

ultimately decide whether it will be necessary to take the next step in the CWA § 404(c) process

by issuing a Proposed Determination based on those discussions.  This Court granted the initial

30-day stay for a similar purpose -- to allow the Corps a reasonable opportunity to consider

whether or not to exercise its administrative authorities.  Order dated Sept. 15, 2009 (Doc. No.

461).  The United States' request that EPA be permitted a similar opportunity to consider

whether to exercise its administrative authorities, in light of the Corps' decision, is also

reasonable.

Mingo Logan will not be prejudiced in any way by the delay of an additional 30 days.

Indeed, as this Court recognized when granting the initial request for stay, the extension will not

affect Mingo Logan's ability to conduct mining operations pursuant to the Parties' earlier

agreement.  Accordingly, the brief extension of the stay is a reasonable request to maintain the

status quo.

Respectfully submitted,

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division

 /s/Cynthia J. Morris
CYNTHIA J. MORRIS, Trial Attorney
U.S. Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C.  20026-3986
Tel:  (202) 616-7554

RUTH ANN STOREY, Trial Attorney
U.S. Department of Justice
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0663

OF COUNSEL:                          Tel:  (202) 305-0493

DEBRA TABOR                          ANN D. NAVARO
U.S. Army Corps of Engineers        Special Attorney, U.S. Department of Justice
Huntington, WV                      U.S. Army Corps of Engineers
                                    550 Main Street, Room 10032
RUSSELL W. PETIT                    Cincinnati, Ohio 45202
U.S. Army Corps of Engineers        Tel: (513) 684-3083
Washington, D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

_____

OHIO VALLEY ENVIRONMENTAL )
COALITION, et al., )
 )
      Plaintiffs, )
 )
      v. )     Civil Action Nos. 3:05-cv-0784
 )                    3:06-cv-0438
UNITED STATES ARMY CORPS OF )
ENGINEERS, et al., )     **CERTIFICATE OF SERVICE**
 )
      Defendants. )
_____ )

        I hereby certify that on this 19th day of October, 2009, I electronically filed the foregoing "United States reply to the Ming Logan Coal Company's Response to the United States' Motion to Extend Stay of Proceedings Regarding the Spruce No. 1 Permit for an Additional 30 Days" with the Clerk of the Court using the CM/EMF system which will send notification of such filing to the following:

Joseph M. Lovett
Derek O. Teaney
Appalachian Center for the Economy and
the Environment
P.O. Box 507
Lewisburg, West Virginia 24901
(304) 645-9006

James M. Hecker
Trial Lawyers for Public Justice
1825 K Street, N.W. Suite 200
Washington, D.C. 20006
*Counsel for Plaintiffs*

Robert G. McClusky
James R. Snyder
Jackson & Kelly PLLC
1600 Laidley Tower
P.O. Box 553
Charleston, WV 25322

Terry R. Sammons
Sammons Law Offices, PLLC
P.O. Box 1747
Gilbert, WV 25621

W. Howard Sammons, II
Law Office of W. Howard Sammons II
2768 Pennsylvania Ave.
Charleston, WV 25302

James S. Crockett
Allyn G. Turner
Andrew B. McCallister
Spilman Thomas & Battle, PLLC
P.O. Box 273
Charleston, WV 25321-0273


 /s/ Cynthia J. Morris