IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

_____

OHIO VALLEY ENVIRONMENTAL          )
COALITION, et al.,                 )
                                   )
        Plaintiffs,                )
                                   )
    v.                             )        Civil Action Nos. 3:05-cv-0784
                                   )                          3:06-cv-0438
UNITED STATES ARMY CORPS OF        )
ENGINEERS, et al.,                 )
                                   )
        Defendants,                )
                                   )
ARACOMA COAL COMPANY, et. al.,     )
                                   )
        Intervenor-Defendants      )
_____ )

**UNOPPOSED MOTION TO EXTEND STAY OF PROCEEDINGS REGARDING THE
MINGO LOGAN COAL COMPANY'S SPRUCE NO. 1 PERMIT FOR AN
ADDITIONAL THIRTY DAYS**

The United States hereby moves this Court to extend the stay of proceedings regarding

the Mingo Logan Coal Company's Spruce No. 1 Permit for an additional 30 days, until

December 4, 2009, in order that discussions between the United States Environmental Protection

Agency ("EPA") and the Mingo Logan Coal Company ("Mingo Logan") regarding the Spruce

No. 1 permit may continue for an additional 15 days.  This motion is unopposed.

The grounds for this motion are as follows:

1.      On January 22, 2007, the United States Army Corps of Engineers ("Corps") issued

individual Clean Water Act Permit No. 199800436-3 to Mingo Logan, authorizing the discharge

of fill material into waters of the United States associated with the Spruce No. 1 mine located in

Logan County, West Virginia. (the "Spruce No. 1 Permit").

2.      By letter dated September 3, 2009, EPA requested the District Engineer for the Corps'

Huntington District to exercise his discretionary authority under 33 C.F.R. § 325.7 to suspend,

revoke or modify the permit.  In the letter, EPA asserted that new information and circumstances

had arisen since the issuance of the permit in January, 2007 which justified reconsideration of

the permit decision.

3.      On September 4, 2009, the United States moved this Court to stay the proceedings

regarding the Spruce No. 1 permit in order to provide the Corps an opportunity to determine

whether the information provided by EPA warranted the exercise of its discretionary authority to

suspend, modify or revoke the permit.  Doc. No. 459.  By Order dated September 15, 2009, this

Court granted the United States' motion.  Doc. No. 461.

4.      By letter dated September, 30, 2009, the District Engineer for the Huntington District of

the Corps responded to EPA's request, and advised that he had determined not to exercise his

discretionary authority to suspend or modify or revoke the Spruce No. 1 permit.

5.      On October 5, 2009, the United States moved this Court to extend the stay of proceedings

regarding the Spruce No. 1 permit for an additional thirty days in order to provide EPA an

opportunity to consider whether to exercise its authority under CWA § 404(c) to prohibit

discharges into waters of the United States as authorized by the Spruce No. 1 permit.  Doc. No.

463.  By Order dated October 21, 2009, this Court granted the United States' motion.  Doc. No.

466.

6.      By letter dated October 16, 2009, EPA formally initiated the administrative process to

exercise its Section 404(c) authority by notifying the Corps that, pursuant to 40 C.F.R. §

231.3(a), it intended to issue a public notice of a proposed determination to restrict or prohibit

the discharge of dredged or fill material at the Spruce No. 1 Mine project site consistent with

[EPA's] authority under Section 404(c) of the Clean Water Act . . . ."  In accordance with EPA regulations, 40 C.F.R. § 231.3(a)(2), that letter initiated a 15 day period for the recipients of the letter to demonstrate that no unacceptable adverse effects will occur, or that corrective action will be taken to prevent unacceptable adverse effects.

7.     On October 30, 2009, EPA and the Corps and Mingo Logan met to discuss options for further reducing adverse environmental impacts associated with the Spruce No. 1 permit.  As a result of that meeting, EPA and Mingo Logan agreed to continue their discussions regarding EPA's concerns.  EPA has granted a 15 day extension of the period described in 40 C.F.R. § 231.3(a)(2) for Mingo Logan to provide additional information pertinent to EPA's evaluation of the Spruce No. 1 permit.  A copy of that letter is attached.

8.     In order to allow for the consultations to continue for an additional 15 days, and to afford a reasonable period after the conclusion of those consultations for EPA to determine whether corrective action is appropriate or whether to issue public notice in accordance with the Clean Water Act Section 404(c) process, the United States requests that the stay of proceedings in this Court be extended for an additional 30 days, until December 4, 2009.

       Both the Plaintiffs and the Intervenor Mingo Logan Coal Company concur in this request.

Dated November 4, 2009                    Respectfully submitted,

                                          JOHN C. CRUDEN
                                          Acting Assistant Attorney General
                                          Environment & Natural Resources Division

                                          CYNTHIA J. MORRIS, Trial Attorney
                                          U.S. Department of Justice
                                          Environmental Defense Section
                                          P.O. Box 23986
                                          Washington, D.C.  20026-3986
                                          Tel:  (202) 616-7554

/s/ Ruth Ann Storey
RUTH ANN STOREY, Trial Attorney
U.S. Department of Justice
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0663
OF COUNSEL:                                 Tel:  (202) 305-0493

DEBRA TABOR                                 ANN D. NAVARO
U.S. Army Corps of Engineers                Special Attorney, U.S. Department of Justice
Huntington, WV                              U.S. Army Corps of Engineers
                                            550 Main Street, Room 10032
RUSSELL W. PETIT                            Cincinnati, Ohio 45202
U.S. Army Corps of Engineers                Tel: (513) 684-3083
Washington, D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

_____
                                                                    )
OHIO VALLEY ENVIRONMENTAL                    )
COALITION, <u>et</u> <u>al</u>.,                                      )
                                                                    )
            Plaintiffs,                                             )
                                                                    )
      v.                                                            )      Civil Action Nos. 3:05-cv-0784
                                                                    )                             3:06-cv-0438
UNITED STATES ARMY CORPS OF             )
ENGINEERS, <u>et</u> <u>al</u>.,                                    )
                                                                    )
            Defendants,                                             )
                                                                    )
ARACOMA COAL COMPANY, <u>et. al</u>.,          )
                                                                    )
            Intervenor-Defendants                    )
_____ )

**[PROPOSED] ORDER**

Pending is the United States' Unopposed Motion to Extend the Stay of Proceedings

Regarding the Mingo Logan Coal Company's Spruce No. 1 Permit for an Additional 30 Days.

For reasons apparent to the Court, the Court GRANTS the motion.

All proceedings regarding the Mingo Logan Coal Company's Spruce No. 1 Permit will

be stayed until December 4, 2009.

The Court DIRECTS the Clerk to send a copy of this Order to counsel of record and any

unrepresented parties.

ENTERED:   November ___, 2009

                                        _____
                                        ROBERT C. CHAMBERS
                                        UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

_____ )

OHIO VALLEY ENVIRONMENTAL )
COALITION, et al., )
 )
       Plaintiffs, )
 )
       v. )          Civil Action Nos. 3:05-cv-0784
 )                             3:06-cv-0438
UNITED STATES ARMY CORPS OF )
ENGINEERS, et al., )          **CERTIFICATE OF SERVICE**
 )
       Defendants. )
_____ )

        I hereby certify that on this 4th day of November, 2009, I electronically filed the
foregoing "Unopposed Motion to Extend Stay of Proceedings Regarding Mingo Logan Coal
Company's Spruce No. 1 Permit for an Additional 30 days" and [Proposed] Order with the Clerk
of the Court using the CM/EMF system which will send notification of such filing to the
following:

Joseph M. Lovett                         Terry R. Sammons
Derek O. Teaney                          Sammons Law Offices, PLLC
Appalachian Center for the Economy and   P.O. Box 1747
the Environment                          Gilbert, WV 25621
P.O. Box 507
Lewisburg, West Virginia 24901           W. Howard Sammons, II
(304) 645-9006                           Law Office of W. Howard Sammons II
                                         2768 Pennsylvania Ave.
James M. Hecker                          Charleston, WV 25302
Trial Lawyers for Public Justice
1825 K Street, N.W. Suite 200            James S. Crockett
Washington, D.C. 20006                   Allyn G. Turner
*Counsel for Plaintiffs*                 Andrew B. McCallister
                                         Spilman Thomas & Battle, PLLC
Robert G. McClusky                       P.O. Box 273
James R. Snyder                          Charleston, WV 25321-0273
Jackson & Kelly PLLC
1600 Laidley Tower
P.O. Box 553                              /s/ Ruth Ann Storey_____
Charleston, WV 25322