IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

OHIO VALLEY ENVIRONMENTAL
COALITION, et al.,

        Plaintiffs,

v.   CIVIL ACTION NOs. 3:05-0784
                                                            3:06-0438

UNITED STATES ARMY CORPS
OF ENGINEERS, et al.,

        Defendants.

v.

INDEPENDENCE COAL COMPANY, et. al.,

        Intervenor-Defendants.

**ORDER**

Pending before the Court is the United States' Unopposed Motion to Extend the Stay of Proceedings Regarding the Mingo Logan Coal Company's Spruce No. 1 Permit for an Additional 30 Days (Doc. 467). For reasons apparent to the Court, the Court **GRANTS** the motion.

All proceedings regarding the Mingo Logan Coal Company's Spruce No. 1 Permit are **STAYED** until **December 4, 2009**. The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                                                          ENTER: November 5, 2009

                                                          ROBERT C. CHAMBERS
                                                          UNITED STATES DISTRICT JUDGE