IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

OHIO VALLEY ENVIRONMENTAL
COALITION, et al.,

        Plaintiffs,

v.         CIVIL ACTION NOs. 3:05-0784
                                         3:06-0438

UNITED STATES ARMY CORPS
OF ENGINEERS, et al.,

        Defendants.

v.

INDEPENDENCE COAL COMPANY, et. al.,

        Intervenor-Defendants.

**ORDER**

Pending before the Court is the United States' Unopposed Motion to Extend the Stay of Proceedings Regarding the Mingo Logan Coal Company's Spruce No. 1 Permit for an Additional Sixty Days (Doc. # 472). For reasons apparent to the Court, the Court **GRANTS** the motion.

All proceedings regarding the Mingo Logan Coal Company's Spruce No. 1 Permit are **STAYED** until **March 5, 2010**. The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

        ENTER: January 5, 2010

        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE