IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

OHIO VALLEY ENVIRONMENTAL
COALITION, et al.,

        Plaintiffs,

v.                                        CIVIL ACTION NO. 3:05-0784

UNITED STATES ARMY CORPS
OF ENGINEERS, et al.,

        Defendants.

v.

INDEPENDENCE COAL COMPANY, et. al.,

        Intervenor-Defendants.


**ORDER**

Today, October 4, 2010, the Court held a status conference in this action. Accordingly, the Court now **ORDERS** that any motion to extend the current stay in this case be filed by **October 15, 2010**. Response briefing is due by **October 22, 2010**, with any reply to be filed no later than three days after filing of the response. The Court further **ORDERS** any briefing regarding disclosure of the recommended determination by the Environmental Protection Agency be filed by this **Friday, October 8, 2010**, with a response due three days after filing, and a reply due three days thereafter. In order to allow for adequate briefing on these issues the stay scheduled to expire on **Thursday, October 22, 2010**, is hereby **EXTENDED** until further order by the Court.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

          ENTER:    October 4, 2010

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE