# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Huntington
Date: 10/4/2010                                                                                          Case Number 3:05-cv-784
Case Style: OVEC vs. U.S. Army Corps of Engineers
Type of hearing Telephonic Status Conference
Before the honorable: 2514-Chambers
Court Reporter                                                                                           Courtroom Deputy Law Clerk
Attorney(s) for the Plaintiff or Government Joe Lovett, Jim Hecker, Jennifer Chavez


Attorney(s) for the Defendant(s) Cynthia Morris, Bob McLusky, Allyn Turner, Ed Tiffey, George Patterson


Law Clerk Katherine Regan                                                                                Probation Officer

## Trial Time



## Non-Trial Time
Pretrial conference (inclding settlement and telephone conferences).


## Court Time
11:00 am   to 11:30 am
Total Court Time: 0 Hours 30 Minutes Non-Trial Time/Uncontested Time


## Courtroom Notes
Conference scheduled to commence: 11:00 am
Conference commenced:  11:00 am

Any motion to extend the current stay due by 10/15/10.
Response briefing is due by 10/22/10; any reply filed no later than 3 days after filing of the response.
Any briefing regarding disclosure of the recommended determination by the EPA be filed by 10/08/10; response due 3 days after filing and reply due 3 days thereafter.
Stay extended until further order of the Court.
Recess:  11:30 am