IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**OHIO VALLEY ENVIRONMENTAL COALITION, COAL RIVER MOUNTAIN WATCH, and WEST VIRGINIA HIGHLANDS CONSERVANCY,**

    **Plaintiffs,**

v.                                                       Civil Action No. 3:05-cv-0784

**UNITED STATES ARMY CORPS OF ENGINEERS; LIEUTENANT GENERAL CARL A. STROCK, Commander and Chief of Engineers, U.S. Army Corps of Engineers; COLONEL WILLIAM E. BULEN, District Engineer, U.S. Army Corps of Engineers, Huntington District,**

    **Defendants,**

**WEST VIRGINIA COAL ASSOCIATION,**

    **Intervenor-Defendant,**

**ARACOMA COAL COMPANY, ELK RUN COAL COMPANY, ALEX ENERGY, INC., INDEPENDENCE COAL COMPANY, MINGO LOGAN COAL COMPANY, INC., COAL-MAC, INC., and FRASURE CREEK MINING, LLC,**

    **Permittee Intervenor-Defendants.**

**MINGO LOGAN COAL COMPANY'S OPPOSITION TO
THE UNITED STATES' REQUEST FOR EXTENSION OF STAY**

Mingo Logan Coal Company ("Mingo Logan") opposes the United States' motion to further extend the stay in this case for the reasons it has stated in opposition to similar past requests. *See, e.g.,* Doc. Nos. 485 & 483 (Mingo Logan's oppositions to the most recent prior extensions/stay requests). It has been over fifteen months since Mingo Logan filed a simple and straightforward motion for summary judgment based largely on positions advocated by the

United States and affirmed by the Fourth Circuit Court of Appeals in *Ohio Valley Environmental Coalition v. Aracoma Coal Company*, 556 F.3d 177 (4th Cir. 2009). Doc. No. 444 (filed July 16, 2009). To accommodate the agenda of non-party USEPA, the United States now steadfastly seeks to avoid application of the same principles to a permit which the Corps of Engineers issued over three and one-half years ago.

All of these delays have increased Mingo Logan's mining costs for the currently active operation, leaving it with no chance of recouping those costs in the future. *See* Doc. 485-1 (Aff't. of Rob't. Shanks). By further delaying a resolution of <u>this</u> proceeding to accommodate USEPA's § 404(c) action, Mingo Logan will have been deprived of its rights in this case to "the just, speedy, and inexpensive determination of every action and proceeding" guaranteed by Rule 1 of the Rules of Civil Procedure. Fed. R. Civ. P. 1. There is simply no justifiable reason to deny Mingo Logan its day in court on the issues raised in this case.

                Respectfully submitted,

                MINGO LOGAN COAL COMPANY, INC.
                By Counsel

/s/ *Robert G. McLusky*
ROBERT G. McLUSKY (WVBN 2489)
JAMES R. SNYDER (WVBN 3504)
BLAIR M. GARDNER (WVBN 8807)
JACKSON KELLY, PLLC
1600 Laidley Tower
Post Office Box 553
Charleston, West Virginia 25322
*Counsel for Mingo Logan Coal Company, Inc.*

{C1893038.1}        2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

OHIO VALLEY ENVIRONMENTAL
COALITION, COAL RIVER MOUNTAIN
WATCH, and WEST VIRGINIA
HIGHLANDS CONSERVANCY,

        Plaintiffs,

v.                                           Civil Action No. 3:05-cv-0784

UNITED STATES ARMY CORPS OF
ENGINEERS; LIEUTENANT GENERAL
CARL A. STROCK, Commander and Chief
of Engineers, U.S. Army Corps of Engineers;
COLONEL WILLIAM E. BULEN, District
Engineer, U.S. Army Corps of Engineers,
Huntington District,

        Defendants,

WEST VIRGINIA COAL ASSOCIATION,

        Intervenor-Defendant,

ARACOMA COAL COMPANY, ELK RUN
COAL COMPANY, ALEX ENERGY, INC.,
INDEPENDENCE COAL COMPANY,
MINGO LOGAN COAL COMPANY, INC.,
COAL-MAC, INC., and FRASURE CREEK MINING, LLC,

        Permittee Intervenor-Defendants.

### CERTIFICATE OF SERVICE

        I, Robert G. McLusky, do hereby certify that on October 22, 2010, I electronically filed the foregoing MINGO LOGAN COAL COMPANY'S OPPOSITION TO THE UNITED STATES' REQUEST FOR EXTENSION OF STAY with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Terry R. Sammons | Nicholas S. Preservati |
| Sammons Law Offices | Preservati Law Offices |
| P.O. Box 1747 | P.O. Box 1431 |
| Gilbert , WV 25621 | Charleston , WV 25325 |

{C1893038.1}

| | |
|---|---|
| Allyn G. Turner | Cynthia J. Morris |
| James S. Crockett, Jr. | Steven E. Rusak |
| Andrew B. McCallister | U.S. Department of Justice |
| Kelly Beth Griffith | Environment & Natural Resources Division |
| Spilman Thomas & Battle, PLLC | Environmental Defense Section |
| P.O. Box 273 | P.O. Box 23986 |
| Charleston, West Virginia 25321-0273 | Washington, DC  20026-3986 |
| | |
| Stephen E. Roady | Ruth Ann Storey |
| Jennifer C. Chavez | U.S. Department of Justice |
| Elena Saxonhouse | Environment & Natural Resources Division |
| Earthjustice | General Litigation Section |
| 1625 Massachusetts Ave., NW, Suite 702 | P.O. Box 663 |
| Washington, DC  20036 | Washington, DC  20044-0663 |
| | |
| Joseph M. Lovett | Ann D. Navaro |
| Appalachian Center for the Economy and the Environment | U.S. Army Corps of Engineers Great Lakes and Ohio River Division |
| P.O. Box 507 | P.O. Box 1159 |
| Lewisburg, WV  24901 | Cincinnati, OH  452021 |
| | |
| Stephen M. Horn | James M. Hecker |
| U.S. Attorney's Office | Public Justice |
| P.O. Box 1713 | 1825 K Street, NW, Suite 200 |
| Charleston, WV  25326-1713 | Washington, DC 20006 |
| | |
| Diana Leigh Johnson | Edward P. Tiffey |
| George A. Patterson, III | P.O. Box 3785 |
| Joseph M. Dawley | Charleston , WV 25337-3785 |
| Leonard B. Knee | |
| Bowles Rice McDavid Graff & Love | |
| P.O. Box 1386 | |
| Charleston, WV 25325-1386 | |

/s/ Robert G. McLusky
ROBERT G. McLUSKY

{C1893038.1}