IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

|  |  |  |
|---|---|---|
| OHIO VALLEY ENVIRONMENTAL COALITION, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action Nos. 3:05-cv-0784 3:06-cv-0438 |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., | ) ) ) | |
| Defendants, | ) ) | |
| ARACOMA COAL COMPANY, et al., | ) ) | |
| Intervenor-Defendants. | ) ) | |

**UNITED STATES' STATUS REPORT REGARDING THE MINGO LOGAN COAL COMPANY'S SPRUCE NO. 1 PERMIT.**

The United States hereby provides notice to the Court and the parties that on January 13, 2011, the United States Environmental Protection Agency ("EPA") issued its Final Determination pursuant to section 404(c) of the Clean Water Act regarding the Mingo Logan Coal Company's Spruce No. 1 Permit.   A copy of the Final Determination is attached.

This concludes EPA's administrative process.

DATED: January 13, 2011          Respectfully submitted,

                                 IGNACIA S. MORENO
                                 Assistant Attorney General
                                 Environment & Natural Resources Division

                                  /s/Cynthia J. Morris
                                 CYNTHIA J. MORRIS, Trial Attorney

1

|  |  |
|---|---|
|  | U.S. Department of Justice |
|  | Environmental Defense Section |
|  | P.O. Box 23986 |
|  | Washington, D.C.  20026-3986 |
|  | Tel:  (202) 616-7554 |
|  |  |
|  | RUTH ANN STOREY, Trial Attorney |
|  | U.S. Department of Justice |
|  | Natural Resources Section |
|  | P.O. Box 663 |
|  | Washington, D.C.  20044-0663 |
| OF COUNSEL: | Tel:  (202) 305-0493 |
|  |  |
| DEBRA TABOR | ANN D. NAVARO |
| U.S. Army Corps of Engineers | Special Attorney, U.S. Department of Justice |
| Huntington, WV | U.S. Army Corps of Engineers |
|  | 550 Main Street, Room 10032 |
| RUSSELL W. PETIT | Cincinnati, Ohio 45202 |
| U.S. Army Corps of Engineers | Tel: (513) 684-3083 |
| Washington, D.C. |  |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

|  |  |
|---|---|
| OHIO VALLEY ENVIRONMENTAL COALITION, et al., ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action Nos. 3:05-cv-0784 |
| ) | 3:06-cv-0438 |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., ) ) | **CERTIFICATE OF SERVICE** |
| ) | |
| Defendants. ) ) | |

   I hereby certify that on this 13th day of January, 2011, I electronically filed the foregoing "United States' Status Report Regarding the Mingo Logan Spruce No. 1 Permit" with the Clerk of the Court using the CM/EMF system which will send notification to the following:

Joseph M. Lovett
Derek O. Teaney
Appalachian Center for the Economy and
the Environment
P.O. Box 507
Lewisburg, West Virginia 24901
(304) 645-9006

James M. Hecker
Trial Lawyers for Public Justice
1825 K Street, N.W. Suite 200
Washington, D.C. 20006
*Counsel for Plaintiffs*

James S. Crockett
Allyn G. Turner
Andrew B. McCallister
Spilman Thomas & Battle, PLLC
P.O. Box 273
Charleston, WV 25321-0273
Robert G. McLusky

James R. Snyder
Jackson & Kelly PLLC
1600 Laidley Tower
P.O. Box 553
Charleston, WV 25322

Terry R. Sammons
Sammons Law Offices, PLLC
P.O. Box 1747
Gilbert, WV 25621

W. Howard Sammons, II
Law Office of W. Howard Sammons II
2768 Pennsylvania Ave.
Charleston, WV 25302


/s/ Cynthia J. Morris

3